**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, MARSHALL LOSKOT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,**<br><br>    **Plaintiff,**<br>**v.**<br><br>**KGJ PARTNERSHIP, LLC, a California Limited Liability Company, dba BRICK & FIRE BISTRO, LINDA BAREIS, PAUL BAREIS, and DOES ONE to FIFTY, inclusive,**<br><br>    **Defendants.** | Case No.  13-CV-3584 JST<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND** ~~(Proposed)~~ **ORDER FRCP 41(a)(1)(A)(ii)** |

    Plaintiff ** and Defendants **, dba ** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

    1.    The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: February 13, 2014          /s/ Jason K. Singleton
                                  Jason K. Singleton, Attorney for Plaintiff

LAW OFFICES OF MELISSA M. BALLARD

Dated: February 13, 2014          /s/ Scott A. Buell
                                  SCOTT A. BUELL, Attorneys for Defendant

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Loskot vs. KGJ Partnership, LLC, et al.</u>, Case Number 13-CV-3584 JST is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: February 14, 2014



IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA